

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2014

No. 04-14-00683-CR

Ex Parte Robert **GOMEZ**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1918
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

Appellant's motion to supplement the clerk's record is DENIED AS MOOT. Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **November 19, 2014**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court